## MacDONALD v. CALIFORNIA.

No. 503, Misc.   Decided February 20, 1967.

*Vasken Minasian* for appellant.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.